1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL WINFIELD,

11             Plaintiff,              No. 2:09-cv-0636-JFM (PC)

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,
14
               Defendants.            ORDER
15   _____/

16             Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed October 27, 2009, plaintiff's second complaint

18   was dismissed with leave to file a third amended complaint.  Plaintiff has now filed a third

19   amended complaint.

20             The third amended complaint states a cognizable claim for relief pursuant to 42

21   U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the third amended complaint are

22   proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

23             In the October 27, 2009 order, this court found that plaintiff could not state a

24   claim for relief against Governor Arnold Schwarzenegger and therefore instructed plaintiff not to

25   include Governor Schwarzenegger as a defendant in any third amended complaint.  Plaintiff has

26   complied with that instruction, but has also filed, separate from the third amended complaint, a

                                          1

1   request for reconsideration of that order.  Plaintiff has not shown any basis for a cognizable claim

2   against Governor Schwarzenegger.  Accordingly, plaintiff's request will be denied.

3       In accordance with the above, IT IS HEREBY ORDERED that:

4       1.  Service is appropriate for defendant William Kulka.

5       2.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

6   an instruction sheet and a copy of the third amended complaint filed November 2, 2009.

7       3.  Within thirty days from the date of this order, plaintiff shall complete the

8   attached Notice of Submission of Documents and submit the following documents to the court:

9       a.  The completed Notice of Submission of Documents;

10       b.  One completed summons;

11       c.  One completed USM-285 form for the defendant listed in number 1

12       above; and

13       d.  Two copies of the endorsed third amended complaint filed November 2,

14       2009.

15       4.  Plaintiff need not attempt service on defendant Kulka and need not request

16   waiver of service.  Upon receipt of the above-described documents, the court will direct the

17   United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil

18   Procedure 4 without payment of costs.

19       5.  Plaintiff's November 10, 2009 request for reconsideration is denied.

20   DATED: November 23, 2009.

21

22

23   _____
     UNITED STATES MAGISTRATE JUDGE

24   12
25   winf0636.3am

26

2

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL WINFIELD

11              Plaintiff,                    No. 2:09-cv-0636-JFM (PC)

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,                                 NOTICE OF SUBMISSION
14
              Defendants.                        OF DOCUMENTS
15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____        completed summons form

19              _____        completed USM-285 forms

20              _____        copies of the _____
                                           Third Amended Complaint
21

22   DATED:

23

24                                           _____
                                             Plaintiff
25

26