IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,                    No. 2:09-cv-0636-JFM (PC)

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.              ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On November 19, 2009, plaintiff filed a document by which he apparently seeks leave to name additional defendants in this action. The document is not accompanied by a proposed fourth amended complaint. Accordingly, the court will take no further action on the document filed November 19, 2009.

DATED: November 23, 2009.

                                  UNITED STATES MAGISTRATE JUDGE

12/winf0636.o

1