1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL WINFIELD,

11            Plaintiff,                    No. 2:09-cv-0636 KJN P

12        vs.

13   ARNOLD SCHWARZENEGGER, et al.,

14            Defendant.                    ORDER

15   _____/

16            Plaintiff is state prisoner proceeding without counsel and in forma pauperis.  He

17   seeks relief pursuant to 42 U.S.C. § 1983.  By order filed on November 24, 2009, the prior

18   magistrate judge assigned to this case found service appropriate for defendant William Kulka and

19   ordered plaintiff to fill out the proper service forms and return copies of the complaint.

20   However, the November 24, 2009 order was vacated by the prior magistrate judge as plaintiff

21   failed to follow the court's order.  Dkt. No. 26.  Plaintiff did not complete the summons and

22   USM-285 forms and plaintiff did not include copies of the complaint as ordered by the court.

23   Instead, plaintiff submitted incomplete forms and an amended complaint with new defendants.

24   The court vacated the service order and gave plaintiff a final opportunity to file a fifth amended

25   complaint with allegations against all defendants.

26            Plaintiff's fifth amended complaint has failed to state cognizable claims against

1

the additional defendants, thus by concurrent order, plaintiff's claims against the remaining

defendants were dismissed. The court will allow plaintiff to proceed on his claim against

defendant William Kulka. Plaintiff is warned that if he does not properly complete the service

forms and return two copies of the fifth amended complaint, plaintiff's entire action may be

dismissed.

Plaintiff's fifth amended complaint states a cognizable claim for relief against

William Kulka, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the

complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this

action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant: William Kulka.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

an instruction sheet and a copy of the fifth amended complaint filed February 2, 2010.

3. Within thirty days from the date of this order, plaintiff shall complete the

attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1

    above; and

    d. Two copies of the endorsed fifth amended complaint filed February 2,

    2010.

////

////

////

////

////

1           4. Plaintiff need not attempt service on the defendant and need not request waiver

2 of service. Upon receipt of the above-described documents, the court will direct the United

3 States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure

4 4 without payment of costs.

5 DATED: March 16, 2010

6

7

8                             KENDALL J. NEWMAN

9                             UNITED STATES MAGISTRATE JUDGE

10

11 winf0636.srv

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL WINFIELD,

11              Plaintiff,              No. 2:09-cv-0636 KJN P

12        vs.

13   ARNOLD SCHWARZENEGGER, et al.,        NOTICE OF SUBMISSION
                 Defendants.              OF DOCUMENTS
14   _____/

15              Plaintiff hereby submits the following documents in compliance with the court's

16   order filed _____:

17              ___1___      completed summons form

18              ___1___      completed USM-285 form

19              ___2___      copies of the ___February 2, 2010___
                                           Fifth amended Complaint
20   DATED:

21

22                                       _____
                                              Plaintiff
23

24

25

26