IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

        Plaintiff,                        No. 2:09-cv-0636 KJN P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendant.                    <u>ORDER</u>

_____/

        Plaintiff is state prisoner proceeding without counsel and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983 and has consented to jurisdiction of a magistrate judge. By order filed on March 17, 2010, service was ordered for one defendant and several other defendants were dismissed with prejudice. On March 31, 2010, plaintiff filed a motion to add as defendants several of the defendants that were previously dismissed with prejudice. Plaintiff's motion is denied.

////

////

///

////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to add
2 defendants (Dkt. No. 38) is denied.
3 DATED: April 2, 2010

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

8 winf0636.ord