IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,                                      No. 2:09-cv-00636 KJN P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                                  ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On April 1, 2009, plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On July 7, 2010, plaintiff filed a document in which he seeks to add "Guard Hymen" as a defendant, claiming she committed slander against plaintiff. However, the sole allegation contained in plaintiff's filing is that while plaintiff was allegedly held down and administered psychotropic drugs, Guard Hymen allegedly held a gun on plaintiff from the gun tower. This allegation does not support a claim for slander,

////

////

////

////

and plaintiff has alleged no constitutional violation against Guard Hymen.  Accordingly, IT IS HEREBY ORDERED that plaintiff's July 7, 2010 request is denied without prejudice.  (Dkt. No. 43.)

DATED: July 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

winf0636.den