IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

        Plaintiff,                      No. 2:09-cv-0636 JAM KJN P

    vs.

ARNOLD SCHWARZENEGGER,

        Defendants.              <u>ORDER</u>

                             /

        By an order filed January 25, 2011, plaintiff's in forma pauperis status was revoked, and plaintiff was ordered to pay in full the $350.00 filing fee within twenty-one days. Plaintiff was cautioned that failure to do so may result in the dismissal of this action. The twenty-one day period has now expired, and plaintiff has not paid the $350.00 filing fee.

        On February 7, 2011, plaintiff filed a document asking the court to screen his complaint. However, as the court has previously explained, this action cannot proceed unless plaintiff pays the $350.00 filing fee in full. (<u>See</u> Dkt. Nos. 49 & 54.)

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 7, 2011 request is denied; and

        2. This action is dismissed without prejudice.

DATED: March 3, 2011

                                              /s/ John A. Mendez
                                              UNITED STATES DISTRICT JUDGE