IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

      Plaintiff,                    No. 2:09-cv-0636 JAM KJN P

   vs.

WILLIAM KULKA, et al.,

      Defendants.          ORDER

_____/

      On March 15, 2011, plaintiff filed a document stating he wants to keep his lawsuit pending, and wants to file a motion on other prison employees. (Dkt. No. 58 at 1-2.) Plaintiff states he cannot afford the filing fee. (Id. at 2.)

      However, plaintiff's in forma pauperis status was revoked on January 25, 2011. (Dkt. No. 54.) If plaintiff wishes to pursue an action in federal court, he must pay the $350.00 filing fee. Morever, this civil rights action was closed on March 3, 2011. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in

////

////

////

////

response to future filings. Accordingly, IT IS HEREBY ORDERED that plaintiff's March 15, 2011 request (dkt. no. 58) is denied.

DATED: March 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

winf0636.58